```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-02961-RNO
Patrick J. Wolf                                                     Chapter 13
Mackenzie L. Wolf
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: JGoodling           Page 1 of 2        Date Rcvd: Aug 16, 2018
                              Form ID: ntnew341         Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
db/jdb         +Patrick J. Wolf,    Mackenzie L. Wolf,    221 Creekwood Drive,    York, PA 17407-1122
5084977         1st Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
5084979         American Coradius International LLC,     35 A Rust Lane,    Boerne, TX 78006-8202
5084980         Apothaker Scian P.C,    520 Fellowship Road, Suite C306,     PO BOx 5496,
                Mount Laurel, NJ 08054-5496
5084982        +Asset Recovery Solutions LLC,    2200 E Devon Ave,    Suite 200,    Des Plaines, IL 60018-4501
5084983       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998)
5084984         Best Buy,    2685 Concord Road,    York, PA 17402
5084986         Boscovs,    PO Box 71106,    Charlotte, NC 28272-1106
5084988        +CBCS,    PO Box 2589,    Columbus, OH 43216-2589
5084989       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citi Cards,    PO Box 183071,     Columbus, OH 43218-3071)
5084987         Cardmember Services,    PO Box 15548,    Wilmington, DE 19886-5548
5084990        +Client Services,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
5084991        +Convergent,    800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
5084995        +Disney Chase,    Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
5084996        +GM Card Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
5085002        +National Recovery,    PO Box 67015,    Harrisburg, PA 17106-7015
5092010        +Nationstar Mortgage LLC d/b/a Mr. Cooper,     P.O. Box 619096,    Dallas, TX 75261-9096
5085003         Nationwide Credit Inc,    PO Box 26314,    Lehigh Valley, PA 18002-6314
5085004        +North Shore Agency,    270 Spagnoli Road,    Suite 110,    Melville, NY 11747-3515
5085005        +Northstar Location Services LLC,    4285 Genesee Street,    Buffalo, NY 14225-1943
5085007         PNC Mortgage,    PO Box 6534,    Carol Stream, IL 60197-6534
5085008       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,     PO Box 12903,    Norfolk, VA 23541)
5085006         Penn Credit,    916 S 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
5085010        +RLG,    409 Lackawanna Ave,    Suite 320,    Scranton, PA 18503-2062
5091916        +Southwestern Investor Group LLC,    Pharus Funding LLC,    10751 N Frank Lloyd Wright Blvd,
                Ste. #20,    Scottsdale, AZ 85259-2671
5085012        +Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
5085015        +USAA,    USAA Savings Bank,    PO Box 14050,    Las Vegas, NV 89114-4050
5085019        +York County Tax Bureau,    28 East Market Street,    Suite 110,    York, PA 17401-1587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5084981        +E-mail/Text: legal@arsnational.com Aug 16 2018 19:25:04      ARS National Services, Inc.,
                PO Box 463023,    Escondido, CA 92046-3023
5084978         E-mail/Text: bnc@alltran.com Aug 16 2018 19:24:59      Alltran Financial LP,    PO Box 722929,
                Houston, TX 77272-2929
5084985         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 16 2018 19:25:07      Bon Ton,    Comenity Bank,
                PO Box 182273,    Columbus, OH 43218-2273
5084992        +E-mail/Text: kzoepfel@credit-control.com Aug 16 2018 19:25:20      Credit Control LLC,
                5757 Phantom Drive,    Suite 330,    Hazelwood, MO 63042-2429
5084993         E-mail/PDF: creditonebknotifications@resurgent.com Aug 16 2018 19:27:08      Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
5084994         E-mail/Text: mrdiscen@discover.com Aug 16 2018 19:24:57      Discover,    PO Box 15316,
                Wilmington, DE 19850
5084997         E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 19:26:15      JC Penney Gold,    PO Box 960090,
                Orlando, FL 32896-0090
5084998         E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 16 2018 19:25:26      Jefferson Capital Systems, LLC,
                16 McLeland Road,    Saint Cloud, MN 56303
5084999        +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 16 2018 19:25:00      Kohls,    PO Box 3115,
                Milwaukee, WI 53201-3115
5085000        +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 19:27:01      Lowes,    PO Box 1111,
                North Wilkesboro, NC 28659-1111
5085001         E-mail/Text: bankruptcydpt@mcmcg.com Aug 16 2018 19:25:18      Midland Credit Management, Inc.,
                PO Box 60578,    Los Angeles, CA 90060-0578
5085009         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 19:27:06
                Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541-1223
5085364        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 19:37:41
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5085011        +E-mail/Text: appebnmailbox@sprint.com Aug 16 2018 19:25:17      Sprint,    PO Box 105243,
                Atlanta, GA 30348-5243
5085014         E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 19:26:15      Toys R Us,
                GE Capital Retail Bank,    PO Box 960061,    Orlando, FL 32896-0061
5085017        +E-mail/Text: bkr@virtuososourcing.com Aug 16 2018 19:25:46      Virtuoso Sourcing Group,
                4500 Cherry Creek South Drive,    Suite 500,    Denver, CO 80246-1500
5085018        +E-mail/Text: kcm@yatb.com Aug 16 2018 19:24:58      York Adams Tax Bureau,    1405 N Duke Street,
                York, PA 17404-2125
                                                                                              TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5085013      ##+Susquehanna Bank,   24 N Cedar Street,   Lititz, PA 17543-1514
5085016      ##+Van Ru Credit Corporation,   1350 E Touhy Ave,   Suite 300E,   Des Plaines, IL 60018-3342
                                                                          TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Paul G Lutz    on behalf of Debtor 1 Patrick J. Wolf plutz@gslsc.com, r65363@notify.bestcase.com
              Paul G Lutz    on behalf of Debtor 2 Mackenzie L. Wolf plutz@gslsc.com, r65363@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Patrick J. Wolf,

**Debtor 1**

Mackenzie L. Wolf,

**Debtor 2**

Chapter 13

Case No. 1:18−bk−02961−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: September 20, 2018<br>Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: JGoodling, Deputy Clerk

Date: August 16, 2018

ntnew341 (04/18)