Notice of Undeliverable Mail to Debtor/Debtor's Attorney

August 18, 2018

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Patrick J. Wolf, Case Number 18-02961, RNO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable**, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737**

Undeliverable Address:
Susquehanna Bank
24 N Cedar Street
Lititz, PA 17543

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

~~9 E Main Street Lititz, PA 17543~~
3001 Lititz Pike Lititz PA 17543

Undeliverable Address:
Van Ru Credit Corporation
1350 E Touhy Ave
Suite 300E
Des Plaines, IL 60016

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 4839 N ELSTON AVE, CHICAGO IL 60630-2534
FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

~~PO Box 2751 Des Plaines IL 60018~~
4839 N Elston Avenue Chicago IL 60630

_____          8/22/18
Signature of Debtor or Debtor's Attorney          Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.