U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737

Undeliverable Address:
Van Ru Credit Corporation
PO Box 2751
Des Plaines, IL 60018

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: PO BOX 30295, CHICAGO IL 60630-0295 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

1350 E Touhy Ave Suite 300e Des Plaines IL 60018

_____   9-26-18
Signature of Debtor or Debtor's Attorney   Date