IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    Patrick Wolf                        1:18-bk-02961
            MacKenzie Wolf
                Debtors                        Chapter 13

            Patrick Wolf                         Debtors' Motion for Voluntary Dismissal
            MacKenzie Wolf                 of Chapter 13 Case
                Movants

## ORDER

Upon consideration of Debtors' Motion for Voluntary Dismissal of their Chapter 13 case it is hereby ORDERED

The voluntary Chapter 13 petition filed by Debtors on July 18, 2018 is hereby dismissed