```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 18-02961-RNO
Patrick J. Wolf                                                         Chapter 13
Mackenzie L. Wolf
         Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1          User: AGarner              Page 1 of 2              Date Rcvd: Dec 10, 2018
                              Form ID: pdf010            Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
db/jdb         +Patrick J. Wolf,    Mackenzie L. Wolf,    221 Creekwood Drive,    York, PA 17407-1122
5084977         1st Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
5084979         American Coradius International LLC,     35 A Rust Lane,    Boerne, TX 78006-8202
5084980         Apothaker Scian P.C,     520 Fellowship Road, Suite C306,    PO BOx 5496,
                Mount Laurel, NJ 08054-5496
5084982        +Asset Recovery Solutions LLC,     2200 E Devon Ave,    Suite 200,    Des Plaines, IL 60018-4501
5084983       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998)
5084984         Best Buy,    2685 Concord Road,    York, PA 17402
5084986         Boscovs,    PO Box 71106,    Charlotte, NC 28272-1106
5084988        +CBCS,    PO Box 2589,    Columbus, OH 43216-2589
5084989       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Citi Cards,    PO Box 183071,    Columbus, OH 43218-3071)
5105989         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5084987         Cardmember Services,    PO Box 15548,    Wilmington, DE 19886-5548
5084990        +Client Services,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
5084991        +Convergent,    800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
5084995        +Disney Chase,    Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
5084996        +GM Card Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
5085002        +National Recovery,    PO Box 67015,    Harrisburg, PA 17106-7015
5092010         Nationstar Mortgage LLC d/b/a Mr. Cooper,     P.O. Box 619096,    Dallas, TX 75261-9096
5085003        #Nationwide Credit Inc,    PO Box 26314,    Lehigh Valley, PA 18002-6314
5085004        +North Shore Agency,    270 Spagnoli Road,    Suite 110,    Melville, NY 11747-3515
5085005        +Northstar Location Services LLC,     4285 Genesee Street,    Buffalo, NY 14225-1943
5085007         PNC Mortgage,    PO Box 6534,    Carol Stream, IL 60197-6534
5085006         Penn Credit,    916 S 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
5085010        +RLG,    409 Lackawanna Ave,    Suite 320,    Scranton, PA 18503-2062
5091916        +Southwestern Investor Group LLC,     Pharus Funding LLC,    10751 N Frank Lloyd Wright Blvd,
                Ste. #20,    Scottsdale, AZ 85259-2671
5085012        +Sunrise Credit Services, Inc.,     PO Box 9100,    Farmingdale, NY 11735-9100
5085013        +Susquehanna Bank,    9 E Main Street,    3001 Lititz Pike,    Lititz, PA 17543-9414
5085015        +USAA,    USAA Savings Bank,    PO Box 14050,    Las Vegas, NV 89114-4050
5085016        +Van Ru Credit Corporation,    1350 E. Touhy Ave., Suite 300c,    DesPlaines, IL 60018-3300
5085019        +York County Tax Bureau,    28 East Market Street,    Suite 110,    York, PA 17401-1587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5084981        +E-mail/Text: legal@arsnational.com Dec 10 2018 19:45:17      ARS National Services, Inc.,
                PO Box 463023,    Escondido, CA 92046-3023
5084978         E-mail/Text: bnc@alltran.com Dec 10 2018 19:45:04      Alltran Financial LP,    PO Box 722929,
                Houston, TX 77272-2929
5084985         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 10 2018 19:45:21      Bon Ton,    Comenity Bank,
                PO Box 182273,    Columbus, OH 43218-2273
5108455        +E-mail/Text: bankruptcy@cavps.com Dec 10 2018 19:45:47      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5084992        +E-mail/Text: kzoepfel@credit-control.com Dec 10 2018 19:45:38      Credit Control LLC,
                5757 Phantom Drive,    Suite 330,    Hazelwood, MO 63042-2429
5084993         E-mail/PDF: creditonebknotifications@resurgent.com Dec 10 2018 19:48:42      Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
5084994         E-mail/Text: mrdiscen@discover.com Dec 10 2018 19:45:03      Discover,    PO Box 15316,
                Wilmington, DE 19850
5084997         E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2018 19:48:10      JC Penney Gold,    PO Box 960090,
                Orlando, FL 32896-0090
5084998         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 10 2018 19:45:44      Jefferson Capital Systems, LLC,
                16 McLeland Road,    Saint Cloud, MN 56303
5084999        +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 10 2018 19:45:05      Kohls,    PO Box 3115,
                Milwaukee, WI 53201-3115
5102321         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 10 2018 19:48:42
                LVNV Funding LLC C/O Resurgent Capital Services,     P.O. Box 10675,    Greenville, SC 29603-0675
5085000        +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2018 19:49:06      Lowes,    PO Box 1111,
                North Wilkesboro, NC 28659-1111
5085001         E-mail/Text: bankruptcydpt@mcmcg.com Dec 10 2018 19:45:35      Midland Credit Management, Inc.,
                PO Box 60578,    Los Angeles, CA 90060-0578
5112188         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2018 19:48:15
                PORTFOLIO RECOVERY ASSOCIATES, LLC,     P O B  41067,    NORFOLK, VA 23541
5085009         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2018 19:48:40
                Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541-1223
5085364        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2018 19:49:05
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5085011        +E-mail/Text: appebnmailbox@sprint.com Dec 10 2018 19:45:33      Sprint,    PO Box 105243,
                Atlanta, GA 30348-5243
5085014         E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2018 19:48:36      Toys R Us,
                GE Capital Retail Bank,    PO Box 960061,    Orlando, FL 32896-0061
```

```
District/off: 0314-1            User: AGarner              Page 2 of 2                    Date Rcvd: Dec 10, 2018
                                Form ID: pdf010            Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5085017         +E-mail/Text: bkr@virtuososourcing.com Dec 10 2018 19:46:02     Virtuoso Sourcing Group,
                 4500 Cherry Creek South Drive,   Suite 500,   Denver, CO 80246-1500
5085018         +E-mail/Text: kcm@yatb.com Dec 10 2018 19:45:03     York Adams Tax Bureau,   1405 N Duke Street,
                 York, PA 17404-2125
                                                                                             TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5085008*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,   PO Box 12903,   Norfolk, VA 23541)
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Paul G Lutz    on behalf of Debtor 1 Patrick J. Wolf plutz@gslsc.com,   r65363@notify.bestcase.com
              Paul G Lutz    on behalf of Debtor 2 Mackenzie L. Wolf plutz@gslsc.com,   r65363@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Patrick Wolf  1:18-bk-02961
MacKenzie Wolf
    Debtors  Chapter 13

Patrick Wolf  Debtors' Motion for Voluntary Dismissal
MacKenzie Wolf  of Chapter 13 Case
    Movants

ORDER

Upon consideration of Debtors' Motion for Voluntary Dismissal of their Chapter 13 case it is hereby ORDERED

The voluntary Chapter 13 petition filed by Debtors on July 18, 2018 is hereby dismissed.

Dated: December 10, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)